**JOHNNIE WOLUEWICH, ESQ.**

*Attorney and Counselor at Law*

**984 MORRIS PARK AVENUE
BRONX, NEW YORK 10462
TELEPHONE: (212) 335-0696
Fax: (646) 514-4076
Email: jwoluewich@gmail.com**

August 12, 2021

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square (Room 2103)
New York, New York 10007



*Filed Via ECF & Email (Failla_NYSDChambers@nysd.uscourts.gov)*

      RE:    **KYLE JOHNSON
               21 CR 256 (KPF)**

Dear Judge Failla:

    Please allow the instant correspondence to serve as Defendant, Kyle Johnson's, first letter motion in request of an adjournment.

    Mr. Johnson's next conference with this Honorable Court was scheduled for August 19, 2021, at 12:00pm. Said conference was recently administratively adjourned to 2:00pm on the same day.

    On August 19th, I have an in-person hearing scheduled at 10:00am. Later that afternoon, I will be undergoing minor oral surgery. Additionally, I have just received the search warrants subject to the instant matter and I am still reviewing the same.

    For the foregoing reasons, I respectfully request a short adjournment of Mr. Johnson's aforementioned conference.

    I have spoken with AUSA Swergold and he consents to my request. If it pleases this Honorable Court, AUSA Swergold and I are both available on Aug 31st (except 12:30 – 1:30pm), Sept 2nd, and Sept 3rd.

    I thank Your Honor in advance and apologize for any inconvenience.

                                                               Very truly yours,

                                                              Johnnie Woluewich, Esq

cc: AUSA Jason Swergold

Application GRANTED. The conference scheduled for August 19, 2021, is hereby ADJOURNED to **August 31, 2021, at 11:00 a.m.** The conference will proceed via video conference, where the public may access the audio using the following information: Dial-in (917) 933-2166, Conference ID: 608 689 960#. Instructions for video participants will be sent separately in advance of the conference. The Court wishes success to counsel in his upcoming medical procedure.

Date:    August 13, 2021           SO ORDERED.
         New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE