# JOHNNIE WOLUEWICH, ESQ.

*Attorney and Counselor at Law*

**984 MORRIS PARK AVENUE
BRONX, NEW YORK 10462
TELEPHONE: (212) 335-0696
Fax: (212) 202-5018
Email: jwoluewich@gmail.com**

November 23, 2021

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square (Room 2103)
New York, New York 10007



*Filed Via ECF & Email (Failla_NYSDChambers@nysd.uscourts.gov)*

      RE:    **KYLE JOHNSON
                  21 CR 256 (KPF)**

Dear Judge Failla:

      Please allow the instant correspondence to serve as Defendant, Kyle Johnson's, third letter motion in request of an adjournment.

      Mr. Johnson's next conference with this Honorable Court was scheduled for December 3, 2021, at 3:00pm. I have been informed by Your Honor's Law Clerk that Mr. Johnson cannot be produced at that time.

      In light of the foregoing, as well as in the interest of my continued efforts to resolve this matter, I am respectfully requesting an adjournment of the aforementioned conference to December 10, 2021 at 11:00am.

      It is my understanding that AUSA Swergold will be available at that time.

      I thank Your Honor in advance and apologize for any inconvenience.

                                  Very truly yours,

                                  Johnnie Woluewich, Esq

cc: AUSA Jason Swergold

Application GRANTED. The conference in the above-captioned matter scheduled for December 3, 2021, is hereby ADJOURNED to December 10, 2021, at 11:00 a.m. As before, this conference will proceed via videoconference. Access instructions for the public and the video participants will be distributed in advance of the conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 28.

Date: November 23, 2021
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE